THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:19-CR-220-12D

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| JUAN MALDONADO-HERNANDEZ | ) |

ORDER

This Cause comes before the Court upon Defendant's first motion to extend the due date of his pretrial motions, due on November 23, 2020, and continue his arraignment scheduled for December 14, 2020. For good cause shown, Defendant's motion is GRANTED and Defendant's pre-trial motions are due on December 23, 2020, with responses to be filed within fourteen days (14) after the service of such motions. FURTHER, the arraignment and trial date for this matter is continued and set for the court's criminal January 2021 term. Because the ends of justice served by this continuance outweigh the best interests of the public and the Defendant in a speedy trial, such period of delay resulting from this extension shall be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A).

So ORDERED this 23 day of November 2020.

JAMES C. DEVER III
United States District Judge