THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:19-CR-220-12D

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| JUAN MALDONADO-HERNANDEZ | ) |

ORDER

This Cause comes before the Court upon Defendant Juan Maldonado-Hernandez's motion to seal Document Entry number 964 and attachments. For good cause shown in said motion, Defendant's motion is GRANTED and Document Entry number 964 and attachments are hereby sealed.

SO ORDERED, this the 15 day of July 2021.

JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE