THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:19-CR-220-12D

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| JUAN MALDONADO-HERNANDEZ | ) |

ORDER

This Cause comes before the Court upon Defendant Juan Maldonado-Hernandez's motion to seal Document Entry number 968. For good cause shown in said motion, Defendant's motion is GRANTED and Document Entry number 968 is hereby sealed.

SO ORDERED, this the **15** day of July 2021.

JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE